SALVATORE FIORITO, Appellant, v. STEINWAY OMNIBUS CORPORATION, Respondent.— Action to recover damages for personal injuries. Judgment in favor of the defendant, after a trial by the court, without a jury, unanimously affirmed,

with costs. No opinion. Present — Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ.